# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144827

JOSEPH R. WALKER,
    Plaintiff-Appellee,

v

    SC:    144827
    CoA:  300315
    WCAC:  08-000113

CADILLAC CASTING, INC.,
    Defendant-Appellant.
_____

       On order of the Chief Justice, defendant-appellant having requested withdrawal of its application for leave to appeal upon redemption of the claim, the application for leave to appeal is dismissed with prejudice and without costs.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

_____
Clerk